**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No.  10-cr-00102-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. Steven Allen Ford,

      Defendant.

---

**ORDER**

---

      PURSUANT to and in accordance with the Revocation of Supervised Release Hearing held before the Honorable Christine M. Arguello, United States District Judge, on October 8, 2015, it is hereby

      ORDERED that Defendant Steven Allen Ford is sentenced to **TIME SERVED.**

      Dated: October 9, 2015

                                    BY THE COURT:

                                    _____
                                    CHRISTIME M. ARGUELLO
                                    United States District Judge